No. 99–6238.  GARDNER v. DuCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.  C. A. 9th Cir.  Certiorari denied.

No. 99–6239.  GILLARD v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 99–6241.  GARCIA v. YLST, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–6244.  PRESTON v. CARUSO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–6266.  PERRY v. ZAENTZ ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6271.  KIMBROUGH v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 99–6273.  JACOBS v. JACOBS ET AL.  Ct. App. Ore.  Certiorari denied.

No. 99–6274.  ZUBIATE v. McCAUSLAND.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–6289.  BARLOW v. BALLARD, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, PAROLE DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–6290.  TURRENTINE v. NORTHERN TELECOM INC.  C. A. 2d Cir.  Certiorari denied.

No. 99–6294.  ZAETLER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–6295.  ROBINSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 99–6297.  WILLIAMS v. JARVIS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–6299.  WARMSLEY v. WEST ET AL.  C. A. 5th Cir.  Certiorari denied.